BENJAMIN B. WAGNER
U.S. Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO.  11-0029-EFB |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | MOTION TO DISMISS COMPLAINT |
| SHAUNTAE EDMOND GRAY, | ) | AND ORDER |
| Defendant. | ) | |

**ORDER**

The United States' motion to dismiss without prejudice the underlying UFAP complaint in the above referenced case, MAG No 11-0029-EFB against defendant GRAY is GRANTED.

DATED: 12/19/2012                                /s/ Carolyn K. Delaney
                                                 HON. CAROLYN K. DELANEY
                                                  U.S. MAGISTRATE JUDGE